PLEASE RECEIPT AND RETURN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> ) <br> vs. ) <br> ) <br> Mena-Nuñez, et al ) <br> ) <br> Defendant(s) ) <br> _____ ) | CRIMINAL NO. 08mj8078 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/**Magistrate Judge**,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of ~~the United~~ States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Jose Mena-Nuñez

DATED: 2/6/08

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
            DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by _____
       Deputy Clerk