PLEASE RECEIPT AND RETURN

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 08mj8078 |
| Plaintiff ) | |
| ) | ORDER |
| vs. ) | RELEASING MATERIAL WITNESS |
| Mena-Nuñez, et al ) | |
| ) | Booking No. |
| Defendant(s) ) | |

On order of the United States District/(Magistrate Judge),

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Miguel Valencia-Arreguin

DATED: 2/6/08

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
            DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
by [signature]
   Deputy Clerk

CLERK'S OFFICE COPY        ☆ U.S. GPO: 2003-581-774/70082
mc500 Crim-25 rev. 8-95