## MINUTES OF THE UNITED STATES DISTRICT COURT

USA v.   Jose Francisco Mena-Nunez   [1]   08MJ8078

Miguel Valencia-Arreguin   [2]   Maria Birueta-Palominos   [3]

The Honorable:   Peter C. Lewis

Atty   Gayle J. Mayfield-Venieris   for   [1, 2, & 3]   -   CJA

Atty _____ for [ ] -

Atty _____ for [ ] -

AUSA Michelle Pettit S/A for AUSA Rebeka Young

Tape Number: PCL08-1-11:05-11:09 (4 mins)

Material Witness Hearing held.

Oral Motion and Order to Dismiss Material Witness Complaint as to Jose Francisco Mena-Nunez (1), Miguel Valencia-Arreguin (2), and Maria Birueta-Palominos (3).

It is hereby ordered that the Material Witness Complaint be Dismissed Without Prejudice.

Date:   2/29/08

END OF FORM

by Maria Mirabella for Teresa Romero